# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERICK MOLETT,<br><br>        Plaintiff,<br><br>    v.<br><br>DR. STEVEN M. BROURMAN, M.D, et al.,<br><br>        Defendants. | Case No. CV 21-8057 MCS (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

    IT IS ORDERED that the Third Amended Complaint is dismissed. Judgment shall be entered dismissing the Third Amended Complaint's federal claims with prejudice for failure to state a claim and its state law claims without prejudice for lack of jurisdiction.

1       IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Plaintiff at his current address of record and on counsel for the sole Defendant who has appeared.

      LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: August 29, 2022

                                        MARK C. SCARSI
                                        UNITED STATES DISTRICT JUDGE