JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERICK MOLETT, | Case No. CV 21-8057 MCS (PVC) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| DR. STEVEN M. BROURMAN, M.D, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the federal claims in the above-captioned action are dismissed with prejudice for failure to state a claim and that the state law claims are dismissed without prejudice for lack of jurisdiction.

DATED: August 29, 2022

*Mark C. Scarsi*
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE